

# NUMBER 13-20-00478-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JAKE CISNEROS,                                                           APPELLANT,

v.

THE STATE OF TEXAS,                                                      APPELLEE.

### On Appeal from the 214th District Court
### of Nueces County, Texas.

# ORDER

### Before Justices Benavides, Tijerina, and Longoria
### Order Per Curiam

Appellant, Jake Cisneros, has filed a notice of appeal with this Court from his conviction in trial court cause number 18FC-3794-F. The trial court's certification of the defendant's right to appeal shows that the defendant has waived the right of appeal. *See* TEX. R. APP. P. 25.2(a)(2).

On November 5, 2020, we ordered appellant's counsel to, within thirty days, review

the record and advise this Court as to whether appellant has a right to appeal. *See* TEX. R. APP. P. 44.3, 44.4. Counsel responded to this Court's order by filing a motion to correct scrivener's error where within he asserts the trial court certification inaccurately shows that appellant entered into a plea bargain and waived his right, due to a scrivener's error.

Accordingly, we CARRY the motion, ABATE this appeal, and REMAND this cause to the trial court for a hearing to determine whether the appellant has the right of appeal. We further direct the trial court to issue findings of fact and conclusions of law regarding these issues. The trial court's amended certification, if any, and any orders it enters shall be included in a supplemental clerk's record. The trial court is directed to cause the supplemental clerk's record to be filed with the Clerk of this Court within thirty days of the date of this order.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
23rd day of December, 2020.